CR-12-8014-PCT-NVW

12/28/2016

Judge Wake;

I'm writing you for two reasons

First, I believe I will have to have a hearing for violating my probation; is there any way for me to have a change of venue and move my case here to Montana? If possible I would like to do so and never return to Arizona ever again. I never should have went there to do my probation as I knew I had no opportunities there so I would like to do my probation and violation hearing here in Montana.

Second I need copies of all the documents the government submitted at my sentencing as well as your decision and order. I am indigent but I need these records for legal purposes here in Montana and am requesting them per the Freedom of Information Act.

Thank you

Danny Lee Warner Jr
920 South Main Street
FCDC Suite 100
Kalspell, MT 59901

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE Civ. R.S.4.7.1(a)(1)(2)(3)
(Rule Number/Section)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 0 5 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY