```
___ FILED      ___ LODGED
_X_ RECEIVED   ___ COPY

    DEC 1 1 2017

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_ALVIN_____ DEPUTY
```

Judge Wake
Re: Case # 3:12-cr-08014                    12/1/2017

I am done with my case out here in Montana and prepared to deal with my probation revocation if you are.

Danny Lee Warner Jr
# 3022806
700 Conley Lake Road
Deer Lodge, MT 59722