DANNY LEE WARNER JR
#3022806
50 CROSS ROAD DRIVE
SHELBY, MT
     59474

```
                                    ✓ FILED    ___ LODGED
                                    ___ RECEIVED ___ COPY

                                         MAY 18 2018

                                    CLERK U S DISTRICT COURT
                                     DISTRICT OF ARIZONA
                                    BY_____SS_____ DEPUTY
```

IN THE U.S. DISTRICT COURT
~~DISTRICT OF ARIZONA~~

| | |
|---|---|
| U.S.A<br>   PLAINTIFF<br><br>V<br><br>DANNY LEE WARNER JR<br>   DEFENDANT | NO. CR-12-08014-001-PCT-NVW<br><br>MOTION FOR REVOCATION OF SUPERVISED RELEASE |

PURSUANT TO RULE 32 CRIMINAL PROCEDURE AND § 3583 (g) DANNY LEE WARNER JR MOVES THIS COURT FOR THE MANDATORY REVOCATION OF HIS SUPERVISED RELEASE AND TO "BE TAKEN" WITHOUT UNNECESSARY DELAY BEFORE A MAGISTRATE JUDGE".

DEFENDANT MAINTAINS THAT HE COULD NOT POSSIBLY HAVE BEEN CONVICTED OF AN ARMED ROBBERY WITH A GUN UNLESS HE WAS IN POSSESSION OF A FIREARM, THUS THIS COURT IS OBLIGATED TO REVOKE HIS SUPERVISED RELEASE AND REQUIRE HIM TO SERVE A TERM OF IMPRISONMENT.

DATED THIS 10th DAY OF MAY, 2018

_[signature]_
DANNY LEE WARNER JR

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIV LR 5.4
(Rule Number/Section)

Montana State Prison
Inmate DANNY WARNER
A.O. # 3072806
~~700 Conley Lake Road~~ 50 CROSSROADS DR
~~Deer Lodge, MT 59722~~ SHELBY MT 59474

Legal Mail

CLERK OF THE COURT
401 WASHINGTON Suite 10
Phoenix, AZ 85003

RECEIVED
MAY 18 2018
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

8500382119