# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-12-08014-001-PCT-NVW |
| Plaintiff, | **ORDER** |
| v. | |
| Danny Lee Warner, Jr., | |
| Defendant. | |

Defendant has filed a Motion for Revocation of his Supervised Release and to be taken before a magistrate judge (Doc. 78). A warrant was issued for Defendant's arrest on his supervised release violation. Defendant is not yet in custody. If Defendant wishes to accelerate his supervised release proceedings, he can self-surrender to the United States Marshal.

IT IS THEREFORE ORDERED that Defendant's Motion for Revocation of his Supervised Release (Doc. 78) is denied as premature at this time and as unnecessary once he is in custody.

Dated this 22nd day of May, 2018.

_____
Neil V. Wake
Senior United States District Judge